IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clark, Sharon M | Case Number:  08 B 25940 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/16/08 | Filed:  9/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: December 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Northside Medical Center | Unsecured | 282.37 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 88.76 | 0.00 |
| 3. | DaimlerChrysler Financial | Unsecured | 1,313.00 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 724.43 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 172.53 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 7. | American Collection Corp | Unsecured | | No Claim Filed |
| 8. | Chase Receivables | Unsecured | | No Claim Filed |
| 9. | L J Ross Associates | Unsecured | | No Claim Filed |
| 10. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 11. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 12. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 13. | GDAC | Unsecured | | No Claim Filed |
| 14. | LVNV Funding | Unsecured | | No Claim Filed |
| 15. | Maf Coll Svc | Unsecured | | No Claim Filed |
| 16. | Midwest | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | National Credit System | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Midwest | Unsecured | | No Claim Filed |
| 21. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 2,581.09 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clark, Sharon M

Printed: 12/16/08

Case Number: 08 B 25940
Judge: Wedoff, Eugene R
Filed: 9/29/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

