IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clark, Sharon M | Case Number: 08 B 25940 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 9/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Student Assistance Commission | Unsecured | 724.43 | 0.00 |
| 2. | Northside Medical Center | Unsecured | 282.37 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 88.76 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 172.53 | 0.00 |
| 5. | DaimlerChrysler Financial | Unsecured | 1,313.00 | 0.00 |
| 6. | Chase Receivables | Unsecured | | No Claim Filed |
| 7. | American Collection Corp | Unsecured | | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 10. | Enhanced Recovery | Unsecured | | No Claim Filed |
| 11. | GDAC | Unsecured | | No Claim Filed |
| 12. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 13. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 14. | L J Ross Associates | Unsecured | | No Claim Filed |
| 15. | LVNV Funding | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Midwest | Unsecured | | No Claim Filed |
| 18. | National Credit System | Unsecured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Midwest | Unsecured | | No Claim Filed |
| 21. | Maf Coll Svc | Unsecured | | No Claim Filed |
| 22. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 2,581.09 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clark, Sharon M | Case Number: 08 B 25940 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 9/29/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*